DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| In re Foreclosure of Hunt<br><br>Case below:<br>176 N.C. App. 407 | No. 173P06 | 1. Def"s (Martina Clark) NOA Based Upon a Constitutional Question (COA05-178)<br><br>2. Def's PDR Under N.C.G.S. § 7A-31 | 1. Dismissed Ex Mero Motu 05/04/06<br><br>2. Denied 05/04/06 |
|---|---|---|---|
| In re H.S.F.<br><br>Case below:<br>175 N.C. App. 189 | No. 168P06 | Respondent's (Mother) PDR Under N.C.G.S. § 7A-31 (COA05-586) | Denied (06/29/06) |
| In re K.M.<br><br>Case below:<br>177 N.C. App. 286 | No. 261P06 | Respondent's PDR Under N.C.G.S. § 7A-31 (COA05-1284) | Denied (06/29/06) |
| In re L.W.<br><br>Case below:<br>175 N.C. App. 387 | No. 059P06 | 1. Petitioner's (Person Co. DSS) NOA Based Upon a Constitutional Question (COA05-192)<br><br>2. Respondent's (Mother) Motion to Dismiss Appeal<br><br>3. Petitioner's (Person Co. DSS) PDR Under N.C.G.S. § 7A-31 | 1. ——<br><br><br>2. Allowed (06/29/06)<br><br>3. Denied (06/29/06) |
| In re S.L.H.<br><br>Case below:<br>175 N.C. App. 420 | No. 040P06 | Respondent's (Mother) PDR Under N.C.G.S. § 7A-31 (COA05-594) | Denied (06/29/06) |
| In re S.M.S. & E.M.S.<br><br>Case below:<br>175 N.C. App. 591 | No. 090P06 | Respondent's (Mother) PDR Under N.C.G.S. § 7A-31 (COA05-137) | Denied (06/29/06) |
| In re S.W.<br><br>Case below:<br>175 N.C. App. 719 | No. 101P06 | Respondent's (Phyllis W.) PDR Under N.C.G.S. § 7A-31 (COA05-596) | Denied (06/29/06) |
| In re Will of Kersey<br><br>Case below:<br>176 N.C. App. 748 | No. 221P06 | Propounder's (Mary DeBlanc Norfleet) PDR Under N.C.G.S. § 7A-31 (COA05-832) | Denied (06/29/06) |
| McClennahan v. N.C. School of the Arts<br><br>Case below:<br>177 N.C. App. 806 | No. 339P06 | Defendant-Appellants' Motion for Temporary Stay (COA05-790) | Allowed 06/23/06 |